**AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)**

## Return

| **Case No.:** | **Date and time warrant executed:** | **Copy of warrant and inventory left with:** |
|---|---|---|
| 26-3319MB | 9/4/26 10:40 | USPIS |

| **Inventory made in the presence of:** | **USPS Tracking Number:** |
|---|---|
| PI Glass and Contractor Ash | 9570 1118 0514 6245 2107 23 |

**Inventory of the property taken and name of any person(s) seized:**
Upon opening Subject Parcel #0723, investigators discovered the following:

Approximately 2,073.2g of field-tested Fentanyl powder, separated into two (2) separate bricks, each wrapped in brown tape marked with the words "Rolex." The bricks were concealed inside the electrical panel compartment of a brown Voyager Portable Turntable, made by Crosley. The suspects unscrewed the top panel of the turntable to expose the interior of the player, and placed two bricks underneath, locking it in place with spray foam.

## Certification

**I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.**

**Date:** 9/4/26

Ricky Glass
*Executing officer's signature*

**__PI Ricky Glass____________________**
*Printed name and title*